DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FENJY DUVAL, MAGDADENE DIEUVIL, & GUILFORT DIEUVIL,**
Appellants,

v.

**WOODSTOCK PROPERTY OWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D2024-2180

[November 6, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard J. Curley, Jr., Judge; L.T. Case No. 502020CA002007.

Fenjy Duval, Magdadene Dieuvil and Guilfort Dieuvil, Vero Beach, pro se.

Kenneth E. Zeilberger of Poliakoff Backer, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER, J., and METZGER, ELIZABETH, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***